UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE THOMAS KINKADE COMPANY,

      Plaintiff(s),                      No. C 04-0686 PJH

      v.                              **ORDER FOR ENTRY OF DEFAULT**

THOMAS BAGGETT, et al.,

      Defendant(s).

_____/

      The complaint in this matter was filed on February 9, 2004 and pro se defendant, Obie Dozier filed his three-line answer by letter on March 23, 2004. He has otherwise not participated in any of the other proceedings including the pretrial conference held on May 25, 2005. Subsequent to the pretrial conference, plaintiff settled with all of the other defendants except Mr. Dozier and the complaint was dismissed as to them. In anticipation of the September 25, 2006 trial date, the court scheduled a mandatory case management conference to determine whether defendant Dozier wished to proceed or have his default entered as he has not appeared or complied with any of the pretrial requirements of the local rules or this court's case management order. Mr. Dozier did not appear at the case management conference. Counsel for plaintiff did appear and requested entry of Mr. Dozier's default.

      Accordingly, in view of defendant Obie Dozier's failure to participate in these proceedings and to comply with any of the court's orders entered in this case over the past two years, **DEFAULT** is hereby entered against him. Plaintiff shall file its motion in support of entry of default judgment within 30 days of the date of this order. Upon filing it will be

1  referred randomly to a magistrate judge for evidentiary hearing, if necessary, on said
2  motion.
3  **IT IS SO ORDERED.**
4  Dated: August 31, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge